IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case No. 4:24-mj-115-AGH |
| | : |
| TAVARES B. THOMAS, | : |
| | : |
| Defendant. | : |

**O R D E R**

On March 18, 2025, the Court received Defendant's motion to continue the pretrial conference in this case (ECF No. 12). Defendant states that the Government does not object to the continuance. *Id.* at 3. Defendant's motion to continue (ECF No. 12) is **GRANTED**. It is ordered that this case be continued to April 16, 2025, at 2:00 p.m., and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for Defendant and Government the reasonable time necessary for effective preparation. The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

**SO ORDERED**, this 18th day of March, 2025.

                                              s/ *Amelia G. Helmick*
                                              UNITED STATES MAGISTRATE JUDGE